XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Acting Supervising Attorney General
GABRIELLE D. BOUTIN, State Bar No. 267308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant
Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RICHARDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFERSON SESSIONS, in his official capacities; XAVIER BECERRA, in his official capacities,**<br>Defendants. | 2:17-cv-1838 JAM AC PS<br><br>**STIPULATION TO CONTINUE HEARING ON DEFENDANT BECERRA'S MOTION TO DISMISS; PROPOSED ORDER**<br><br>Courtroom: 26<br>Judge: The Honorable Allison Claire<br>Trial Date: None set<br>Action Filed: September 5, 2017 |

Plaintiff Michael Richardson and Defendant Xavier Becerra, in his official capacity as Attorney General of the State of California, hereby stipulate as follows:

1. Plaintiff filed his complaint in this action on September 5, 2017. He is appearing in this action pro per.

2. On November 27, 2017, Defendant Becerra responded to the complaint by filing a motion to dismiss. The motion is currently set for hearing on January 24, 2018.

3. Plaintiff and Defendant Becerra hereby agree and stipulate to continue the hearing date to February 14, 2018, at 10:00 a.m. in courtroom 26. They further stipulate that the deadlines for opposition and reply briefs in connection with the motion shall be calculated based upon the new hearing date.

**IT IS SO STIPULATED.**

Dated: 1/4/18   /s/ Michael Richardon
Michael Richardson
*Plaintiff in pro per*

Dated: 1/4/18   Office of the Attorney General

By: */s/ Gabrielle D. Boutin*
Gabrielle D. Boutin, Deputy Attorney General
*Attorneys for Defendant Attorney General Xavier Becerra*

**IT IS SO ORDERED.**

Dated: January 8, 2018

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE