Michael Richardson
4624 Ashdale Ct #4
Sacramento, CA 95841

Plaintiff

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
ANTHONY R. HAKL, State Bar No. 197335
Acting Supervising Deputy Attorney General
GABRIELLE D. BOUTIN, State Bar No. 267308
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant*
*AG/CDAG-Legal Services (Government Law Only)*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RICHARDSON,**<br><br>                  Plaintiff,<br><br>    v.<br><br>**JEFFERSON SESSIONS, in his official capacities; XAVIER BECERRA, in his official capacities,**<br><br>                  Defendants. | 2:17-cv-1838 JAM AC PS<br><br>**STIPULATION FOR CONTINUING SCHEDULING CONFERENCE**<br><br>Current Date:  March 14, 2018<br>Proposed Date:  April 4, 2018<br>Time:  10:00 a.m.<br>Courtroom:  26<br>Judge:  The Honorable Allison Claire<br>Trial Date:  None set<br>Action Filed:  September 5, 2017 |

**STIPULATION FOR CONTINUING SCHEDULING CONFERENCE**

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Status (Pretrial Scheduling) Conference currently scheduled for March 14, 2018, at 10:00 a.m., be continued to April 4, 2018, at 10:00 a.m.  In anticipation of the Conference, the parties shall file a Joint Status Report on or before March 21, 2018.

Dated:  January 25, 2018

                                                s/Michael Richardson
                                                Michael Richardson

                                                Plaintiff

Dated:  January 26, 2018                  XAVIER BECERRA
                                                Attorney General of California
                                                ANTHONY R. HAKL
                                                Acting Supervising Deputy Attorney General

                                  By:     s/Gabrielle D. Boutin
                                                GABRIELLE D. BOUTIN
                                                Deputy Attorney General
                                                *Attorneys for Defendant Attorney General Xavier Becerra*

**[PROPOSED] ORDER**

Based on the Parties' STIPULATION FOR CONTINUING SCHEDULING CONFERENCE, the Status (Pretrial Scheduling) Conference currently scheduled for March 14, 2018, at 10:00 a.m. is continued to April 4, 2018, at 10:00 a.m. The parties shall file a Joint Status Report on or before March 21, 2018.

**IT IS SO ORDERED.**

Dated: January 29, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE