XAVIER BECERRA, State Bar No. 118517
Attorney General of California
THOMAS S. PATTERSON, State Bar No. 202890
Senior Assistant Attorney General
GABRIELLE D. BOUTIN, State Bar No. 267308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-6053
 Fax: (916) 324-8835
 E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant*
*Attorney General Xavier Becerra*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RICHARDSON,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**JEFFERSON SESSIONS, in his official capacities; XAVIER BECERRA, in his official capacities,**<br><br>　　　　　　　　　　　Defendants. | 2:17-cv-1838 JAM AC PS<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES**<br><br>Current Date:　April 4, 2018<br>Proposed Date:　May 16, 2018<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　26<br>Judge:　　　　Hon. Allison Claire<br>Trial Date:　　None set<br>Action Filed:　September 5, 2017 |

**STIPULATION**

Plaintiff Michael Richardson and Defendant Xavier Becerra (together, the Parties) stipulate as follows:

WHEREAS, pursuant to the Parties' stipulation, this Court previously issued an order continuing the Status (Pretrial Scheduling) Conference to April 4, 2018, at 10:00 a.m., and the Parties' deadline to file a Joint Status Report to March 21, 2018;

WHEREAS, Defendant Becerra filed a motion to dismiss certain causes of action in the Complaint, which was heard by this Court on February 14, 2018;

WHEREAS, this Court issued its Findings and Recommendation on the motion to dismiss on March 5, 2018, granting the motion without leave to amend, and providing a deadline of March 26, 2018, for the parties to file any objections to the Findings and Recommendation, and an additional fourteen (14) days after service of any objections to file any responses to them; and

WHEREAS, the Parties wish to continue the Status (Pretrial Scheduling) Conference and associated deadlines until after the district court judge issues an order on Defendant's motion to dismiss;

NOW THEREFORE, the Parties hereby agree to continue the Status (Pretrial Scheduling) Conference and associated deadlines as follows:

- <u>April 25, 2018</u> – Deadline for Parties to hold conference pursuant to Federal Rules of Civil Procedure rule 26(f).
- <u>May 2, 2018</u> – Deadline for Parties to submit Joint Status Report to Court.
- <u>May 16, 2018, at 10:00 a.m.</u> – Status (Pretrial Scheduling) Conference.

| | |
|---|---|
| Dated: | */s/ Michael Richardson*<br>Michael Richardson<br>*Plaintiff in pro per* |
| Dated: | XAVIER BECERRA<br>Attorney General of California<br>THOMAS S. PATTERSON<br>Senior Assistant Attorney General |
| | By: */s/ Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General<br>*Attorneys for Defendant*<br>*Attorney General Xavier Becerra* |

SA2017109100
12988368.docx

**[PROPOSED] ORDER**

Based on the Parties' STIPULATION TO CONTINUE STATUS CONFERENCE AND RELATED DEADLINES, the Status (Pretrial Scheduling) Conference currently scheduled for April 4, 2018, is continued to May 16, 2018, at 10:00 a.m. The parties shall file a Joint Status Report on or before May 2, 2018, and shall confer pursuant to Federal Rule of Civil Procedure rule 26(f) on or before April 25, 2018.

**IT IS SO ORDERED.**

Dated: March 12, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE