1  XAVIER BECERRA, State Bar No. 118517
   Attorney General of California
2  ANTHONY R. HAKL, State Bar No. 197335
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN, State Bar No. 267308
   Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone: (916) 210-6053
6    Fax: (916) 324-8835
     E-mail: Gabrielle.Boutin@doj.ca.gov
7  *Attorneys for Defendant Attorney General Xavier Becerra*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL RICHARDSON,**<br><br>Plaintiff,<br><br>v.<br><br>**JEFFERSON SESSIONS, in his official capacity; XAVIER BECERRA, in his official capacity,**<br><br>Defendants. | 2:17-cv-1838 JAM AC PS<br><br>**STIPULATION FOR BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS; [~~PROPOSED~~] ORDER**<br><br>Dept: 26<br>Judge: The Hon. Allison Claire<br>Trial Date: 9/16/19<br>Action Filed: 9/5/2017 |

Plaintiff Michael Richardson and Defendant Attorney General Xavier Becerra, in his official capacity as Attorney General of the State of California, hereby stipulate as follows:

1. On October 31, 2018, Defendant filed in this action a Motion for Judgment on the Pleadings (Motion), ECF No. 37, noticing the hearing for February 6, 2019, at 10:00 a.m. in Department 26.

2. Before Defendant filed the Motion, Plaintiff and Defendant agreed to the February 6 hearing date and agreed to the following briefing schedule for the Motion:

- Opening brief: October 31, 2018
- Opposition to Motion: January 16, 2019
- Reply brief in support of Motion: January 30, 2019

3. Since Defendant timely filed the opening brief, Plaintiff and Defendant Becerra now formally agree and stipulate to the remaining briefing deadlines and ask the Court to enter an order affirming them and the February 6, 2019, hearing date.

**IT IS SO STIPULATED.**

Dated: November 5, 2018

/s/ Michael Richardson
Michael Richardson
*Plaintiff in pro per*

Dated: November 5, 2018

Respectfully Submitted,

XAVIER BECERRA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

*/s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant
Attorney General Xavier Becerra*

# [PROPOSED] ORDER

Based on the Parties' STIPULATION FOR BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT ON THE PLEADINGS, the Court orders the following briefing schedule for Defendant's Motion for Judgment on the Pleadings, ECF No. 37:

- Opposition to Motion: January 16, 2019
- Reply brief in support of Motion: January 30, 2019

The Motion for Judgment on the Pleadings shall heard, as noticed, on February 6, 2019, at 10:00 a.m. in Department 26.

**IT IS SO ORDERED.**

Dated: November 6, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE